## Commonwealth *v.* Love, Appellant.

Submitted November 10, 1969. *Joseph M. George*, for appellant; *Joseph E. Kovach*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Petrocelli, Appellant.

Argued November 12, 1969. *James P. McKenna, Jr.*, with him *Benjamin R. Donolow* and *Charles Caputo*, for appellant; *Albert M. Nichols*, Assistant District Attorney, with him *Joseph M. Loughran*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.